FILED
CLERK, U.S. DISTRICT COURT

Mar 3, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JS-6

| | |
|---|---|
| MILLENNIUM FILMS, INC., LHF PRODUCTIONS, INC., CRIMINAL PRODUCTIONS, INC., and ME2 PRODUCTIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY C. ROBINSON,<br><br>Defendant. | Case No.: 2:16-cv-04718-SVW-E<br><br>[PROPOSED]<br><br>JUDGMENT AND PERMANENT INJUNCTION |

This matter comes before the Court on Plaintiffs' Application for a Default Judgment. Based on a review of the record, the Court finds a Default Judgment is warranted and it is ORDERED, ADJUDGED and DECREED as follows:

(1) Defendant Henry C. Robinson has willfully infringed Plaintiffs' rights in violation of 17 U.S.C. § 101, et seq.;

(2) Defendant Henry C. Robinson's conduct has been willful, intentional, and in disregard of and indifference to Plaintiffs' rights, and such conduct caused harm to Plaintiffs and deprived Plaintiffs of income; and

(3) Statutory damages pursuant to 17 U.S.C. § 504 are proper both to

compensate the Plaintiffs and to provide notice to others as a deterrent.

**MONEY JUDGMENT**

The Court AWARDS statutory damages and a JUDGMENT is entered in favor of Plaintiffs and against Defendant Henry C. Robinson in the amount of $9,000.

The Court Further ORDERS:

(5) Defendant Henry C. Robinson is PERMANENTLY ENJOINED from directly or indirectly infringing Plaintiffs' rights in their motion pictures, including without limitation using the Internet to reproduce, to distribute, to copy, or to publish Plaintiffs' motion pictures except pursuant to a lawful license from Plaintiffs; and

(6) Defendant Henry C. Robinson is ORDERED to delete any unlicensed copy of Plaintiffs' motion pictures in his possession or control.

IT IS SO ORDERED AND ADJUDGED.

DATED this __3rd__ day of __March__, 2017.

_____
United States Judge

JUDGMENT AND ORDER                                                                 Page 2 of 2